UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Cr. No. 18-20202-SHL** |
| **vs.** ) | |
| ) | |
| **BRIAN HOWARD,** ) | |

**APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM**

The United States Attorney's Office applies to the Court for a Writ to have BRIAN HOWARD, RNI #378861, now being detained in the <u>Shelby County Jail</u> and/or Shelby County Correctional Center, appear before <u>Honorable Judge Diane K. Vescovo</u>, <u>July 10, 2018, at 2:00 p.m. for Initial Appearance</u> and for such other appearances as this Court may direct.

Respectfully submitted this <u>3rd</u> day of <u>July, 2018.</u>

                                                  s/ Patrick Neal Oldham
                                                **Patrick Neal Oldham**
                                                **Assistant U. S. Attorney**

Upon consideration of the foregoing Application,

JEFF HOLT, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN; SHERIFF BILL OLDHAM, SHELBY COUNTY JAIL, MEMPHIS, TN AND/OR JAMES COLEMAN, DIRECTOR OF SHELBY COUNTY CORRECTIONAL FACILITY.

YOU ARE HEREBY COMMANDED to have BRIAN HOWARD, RNI #378861, appear before the Honorable Diane K. Vescovo at the date and time aforementioned.

ENTERED this <u>3rd</u> day of <u>July, 2018</u>.

                                                  s/Tu M. Pham
                                                **TU M. PHAM**
                                                **UNITED STATES MAGISTRATE JUDGE**

"If for some reason this inmate is no longer in your custody and/or has been transferred to another facility please advise the requesting Assistant United States Attorney."