AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Western District of Tennessee

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 18-20202 SHL |
| BRIAN HOWARD | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **BRIAN HOWARD**,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Felon in possession of a firearm
18 U.S.C. § 924(c) - Use or carry a firearm during a crime of violence or drug trafficking
21 U.S.C. § 841(a)(1) - Manufacture, distribute, dispense or possess a controlled substance

Date: 6/29/18

*Issuing officer's signature*

City and state: MEMPHIS, TENNESSEE

THOMAS M. GOULD - CLERK, U.S. DISTRICT COURT
*Printed name and title*

---

### Return

This warrant was received on *(date)* 24 Jun 2018, and the person was arrested on *(date)* 10 Jul 2018
at *(city and state)* Memphis, TN.

Date: 10 Jul 2018

*Arresting officer's signature*

Darrel Weldon
*Printed name and title*